428 A.2d 680

Commonwealth v. Self, Appellant.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.

Submitted November 16, 1979. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.